IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 02-20006-G

NAJEH IBRAHIM

ORDER ON ARRAIGNMENT

This cause came to be heard on January 23, 2002
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME Mr. John Pierotti ADDRESS _____

_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.
√ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

Charges: Solicitation to commit arson:18:373-9994
Assistant U.S. Attorney assigned to Case: Fred Godwin

Age: _____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 1-24-02

(12)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:02-CR-20006 was distributed by fax, mail, or direct printing on January 24, 2002 to the parties listed.

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103

John W. Pierotti
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT