IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /oRG _____ D.O.

03 MAR 10 PM 12: 14

~~CLERK~~ ___ DIST. CT.
W. D ___ MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 02-20006-01-M1 |
| | ) | |
| NAJEH IBRAHIM | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

### ORDER ON CHANGE OF PLEA

---

This cause came to be heard on February 26, 2003, the United States Attorney for this district, Fred Godwin, appearing for the Government and the defendant, Najeh Ibrahim, appearing in person and with counsel, William Massey, Lorna McClusky and John Pierotti, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count One (1) of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **set for Friday, May 30, 2003, at 3:00 p.m. (Instead of 2:30 p.m.) Courtroom No. 4, 9th Floor, before Judge Jon P. McCalla.**

Defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the _10_ day of March, 2003.


JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _3-10-03_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:02-CR-20006 was distributed by fax, mail, or direct printing on March 10, 2003 to the parties listed.

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

John W. Pierotti
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Matthew K. Eggleston
GLANKER BROWN
One Commerce Square
Seventeenth Floor
Memphis, TN 38103

Handel R. Durham
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

Alan B. Chambers
CHAMBERS & DURHAM
100 North Main St.
Ste. 3200
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT